PROB. 12B
(7/93)

# ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 21 2008

at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

## United States District Court

### for the

### DISTRICT OF HAWAII

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  TASI MALEPEAI, aka "Taz"   Case Number:  CR 02-00176DAE-03

Name of Sentencing Judicial Officer:   The Honorable David Alan Ezra
U.S. District Judge

Date of Original Sentence:  4/11/2005

Original Offense:   Count 1:  Conspiracy to Distribute and Possess With Intent to Distribute in Excess of 50 Grams of Methamphetamine, in violation of 21 U.S.C. § 846, a Class A felony

Original Sentence:   7½ years imprisonment and 5 years supervised release with the following special conditions:  1) That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office; 2) That the defendant provide the Probation Office access to any requested financial information; 3) That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition; 4) That the defendant is prohibited from the possession and consumption of alcohol; and 5) That the defendant perform 100 hours of community service during year one and year 3 of the probation, as direction by the Probation Office.

Type of Supervision:  Supervised Release   Date Supervision Commenced:  12/31/2007

### PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

Prob 12B
(7/93)

2

| | |
|---|---|
| *General Condition:* | *That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervision, unless there is a positive drug test, in which event the maximum shall increase to up to one valid drug test per day.* |
| *Special Condition No. 1:* | *That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.* |

## CAUSE

| Violation Number | Nature of Noncompliance |
|---|---|
| 1.  Special Condition No. 1 | On 4/24/2008, the subject refused to submit to drug testing, in violation of Special Condition No. 1. |

   The subject's supervised release commenced on 12/31/2007. The subject was immediately referred to the Freedom Recovery Services (FRS) for counseling and random drug testing. In regards to drug testing, the subject is required to call a message recorder on a daily basis for drug testing instructions.

   On 4/25/2008, we received notification from FRS that the subject failed to report for drug testing on 4/24/2008. When telephonically contacted, the subject acknowledged that he failed to report for the drug test. In explanation, the subject advised that a coworker at his place of employment required medical treatment. The subject stated he provided coverage until the coworker returned to work later the same day. He reported to the office on 4/25/2008 and was verbally reprimanded. A drug test submitted at the office on 4/25/2008 was negative.

   The subject has a significant history of alcohol, marijuana and methamphetamine abuse. The presentence report indicates that the subject became involved in the instant offense to support his "ice" habit. As a result, given the ruling in *U.S. v Stephens*, the recommended modifications will enable the Probation Office to implement controlling strategies to detect substance abuse and ensure that he does not reinvolve himself in noncompliant behavior.

Prob 12B
(7/93)

3

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives his right to a hearing and to assistance of counsel. The subject agrees to the modification of the conditions of supervised release. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

Respectfully submitted by,

MERILEE N. LAU
U.S. Probation Officer

Approved by:

PETER D. YOSHIHARA
Supervising U.S. Probation Officer

Date: 5/12/2008

---

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] Other

DAVID ALAN EZRA
U.S. District Judge

MAY 2 1 2008

Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ]   To modify the conditions of supervision as follows:

General Condition:   *That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision, unless there is a positive drug test, in which event the maximum shall increase to up to one valid drug test per day.*

Special Condition No. 1   *That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.*

Witness: _____   Signed: _____
MERILEE N. LAU                            TASI MALEPEAI, aka "Taz"
U.S. Probation Officer                    Supervised Releasee

4-25-08
Date